No. 80–1951. MOORE *v.* CAREER SERVICE BOARD OF THE CITY AND COUNTY OF DENVER ET AL. Ct. App. Colo. Certiorari denied.

No. 80–1963. BELL *v.* HINKLE. Ct. Civ. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 80–1964. HOLIDAY MOBILE HOME RESORTS, INC., ET AL. *v.* WOOD ET AL. Ct. App. Ariz. Certiorari denied.

No. 80–1966. GOLD ET UX. *v.* NATIONAL SAVINGS BANK OF THE CITY OF ALBANY. C. A. 6th Cir. Certiorari denied.

No. 80–1967. JAGGARS-CHILES-STOVALL, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 80–1971. STARNES *v.* UNITED STATES; and
No. 80–2001. ROLAND *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 644 F. 2d 673.

No. 80–1973. HOPSON, JUDGE, ET AL. *v.* COMMISSIONERS OF THE SINKING FUND OF THE CITY OF LOUISVILLE. Sup. Ct. Ky. Certiorari denied.

No. 80–1974. WHITTY *v.* ISRAEL, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–1976. DREISKE *v.* THERMASOL, LTD. Ct. App. N. Y. Certiorari denied.

No. 80–1978. PENNSYLVANIA DEPARTMENT OF TRANSPORTATION *v.* UNITED STATES. Ct. Cl. Certiorari denied.